**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| David Sima, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 317 |
| | ) | |
| Board of Education of Township High | ) | |
| School District 214, | ) | |
| | ) | |
|     Defendant. | ) | |

**CERTIFICATE OF FILING IN STATE COURT**

The undersigned attorneys for Defendant Board of Education of Township High School

District 214 certify that a copy of the Defendant's Notice of Removal of this case was filed with

the Circuit Court of Cook County, Illinois, Case No. 07 CH 34802 on the 15th day of January,

2008.

Respectfully submitted,

BOARD OF EDUCATION OF TOWNSHIP HIGH
SCHOOL DISTRICT 214

By: s/Donald Y. Yu - 06287737
      One of Their Attorneys

Brian D. McCarthy – 06237641
bdm@franczek.com
Donald Y. Yu – 06287737
dyy@franczek.com
Franczek Sullivan P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL  60606
Telephone: (312) 986-0300
Facsimile: (312) 986-9192

366840.1

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a copy of the foregoing CERTIFICATE OF FILING IN STATE COURT has been filed using the CM/ECF system and will send notification of same to the following counsel of record this 16th day of January, 2008:

Jerome F. Marconi, Esq.
555 West Jackson Blvd., Suite 700
Chicago, IL  60661

<u>s/Donald Y. Yu - 06287737</u>
Donald. Y. Yu

366840.1