UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| David Sima, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 317 |
| | ) | |
| Board of Education of Township High School District 214, | ) | Judge William Hart |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:   Jerome F. Marconi, Esq.
        555 West Jackson Blvd., Suite 700
        Chicago, IL 60661

PLEASE TAKE NOTICE THAT on **Wednesday, January 23, 2008 at 11:00 a.m.** we shall appear before the Honorable Judge William T. Hart, Courtroom 2243, 219 South Dearborn Street, Chicago, Illinois, and present **DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

BOARD OF EDUCATION OF TOWNSHIP HIGH
SCHOOL DISTRICT 214


By: s/Donald Y. Yu - 06287737
       One of Their Attorneys

Brian D. McCarthy – 06237641
bdm@franczek.com
Donald Y. Yu – 06287737
dyy@franczek.com
Franczek Sullivan P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL  60606
Telephone: (312) 986-0300
Facsimile: (312) 986-9192

367308.1

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 17, 2008, he caused the foregoing **NOTICE OF MOTION** to be filed using the CM/EFC system which will send notification of same to the following counsel of record:

Jerome F. Marconi, Esq.
555 West Jackson Blvd., Suite 700
Chicago, IL  60661

<u>s/Donald Y. Yu - 06287737</u>
Donald. Y. Yu

367308.1