# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

David Sima

                                        Plaintiff,

v.                                              Case No.: 1:08−cv−00317

                                                Honorable William T.
                                                Hart

Board of Education of Township High School
District 214

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 18, 2008:

        MINUTE entry before Judge William T. Hart :Motion hearing stricken.
Defendant's motion to extend time to 2/5/2008 to respond to plaintiff's complaint [7] is
granted.Status hearing set for 3/12/2008 at 11:00 AM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.