UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| David Sima, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 C 317 |
| ) | |
| Board of Education of Township High ) | Judge William Hart |
| School District 214, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF MOTION**

To:   Jerome F. Marconi, Esq.
        555 West Jackson Blvd., Suite 700
        Chicago, IL 60661

   PLEASE TAKE NOTICE THAT on **Wednesday, February 13, 2008 at 11:00 a.m.** we shall appear before the Honorable Judge William T. Hart, Courtroom 2243, 219 South Dearborn Street, Chicago, Illinois, and present **DEFENDANT'S MOTION TO DISMISS COUNT III OF PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and hereby served upon you.

                                                            Respectfully submitted,

                                                            BOARD OF EDUCATION OF TOWNSHIP HIGH
                                                            SCHOOL DISTRICT 214


                                                            By: s/Donald Y. Yu - 06287737
                                                                    One of Its Attorneys

Brian D. McCarthy – 06237641
bdm@franczek.com
Donald Y. Yu – 06287737
dyy@franczek.com
Franczek Sullivan P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL  60606
Telephone: (312) 986-0300
Facsimile: (312) 986-9192

367308.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** has been filed using the CM/ECF system and will send notification of same to the following counsel of record this 5th day of February, 2008:

Jerome F. Marconi, Esq.
555 West Jackson Blvd., Suite 700
Chicago, IL  60661

s/Donald Y. Yu - 06287737
Donald. Y. Yu

367308.1