## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

David Sima

                               Plaintiff,

v.                                          Case No.: 1:08−cv−00317

                                          Honorable William T. Hart

Board of Education of Township High School District 214

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 6, 2008:

      MINUTE entry before Judge William T. Hart :Motion hearing set for 2/13/2008 is stricken. Defendant's motion to dismiss Count III [11] is denied without prejudice to raising on summary judgment. Defendant is given to 2/20/2008 to answer the complaint.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.