# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

David Sima

                              Plaintiff,

v.                                                     Case No.: 1:08–cv–00317
                                                       Honorable William T. Hart

Board of Education of Township High School District 214

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, March 12, 2008:

      MINUTE entry before Judge William T. Hart :Status hearing held on 3/12/2008. Written discovery is to be complated by 5/12/2008.Depositions are to be completed by 7/31/2008. Status hearing set for 7/9/2008 at 11:00 AM.Mailed notice(clw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.