# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case No.:    08 C 317

DAVID SIMA                                                                     Honorable Judge William T. Hart

          Plaintiff,

   v.

BOARD OF EDUCATION OF
TOWNSHIP HIGH SCHOOL DISTRICT 214
        Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**BOARD OF EDUCATION OF TOWNSHIP HIGH SCHOOL DISTRICT 214**

| |
|---|
| NAME(Type or Print)<br>Darcy L. Kriha |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Darcy L. Kriha |
| FIRM<br>Franczek Sullivan P.C. |
| STREET ADDRESS<br>300 South Wacker Drive, Suite 3400 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (See Item 3 in Instructions)<br>06210325 | TELEPHONE NUMBER<br>Phone: (312) 786-6569  Fax: (312) 986-9192 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE     YES ☒          NO ☐ ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☒          NO ☐ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>YES ☒          NO ☐ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS:<br>RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ ||

380668.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2008, I electronically filed the foregoing **Appearance** on behalf of Defendant Board of Education of Township High School District 214 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record.

> s/Darcy L. Kriha
>    06210325
> Attorney for Defendant Board of Education of
> Township High School District 214
> Franczek Sullivan P.C.
> 300 South Wacker Drive Suite 3400
> Chicago, Illinois  60606
> (312) 986-0300
> (312) 986-9192
> dlk@franczek.com
>
> Dated: July 3, 2008

380668.1