UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID SIMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 C 317 |
| ) | |
| BOARD OF EDUCATION OF ) | Judge William Hart |
| TOWNSHIP HIGH SCHOOL ) | |
| DISTRICT 214, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN SAME FIRM**

Notice is hereby provided, in accordance with Local Rule 83.17, that Darcy L. Kriha of Franczek Sullivan, P.C., will be acting as the lead and trial counsel of record on behalf of Defendant Board of Education of Township High School District 214 (the "District"), in substitution for and in lieu of Brian D. McCarthy, also of Franczek Sullivan, P.C., who previously appeared on behalf of the District in this matter and whose appearance as counsel in this matter is hereby withdrawn. Darcy L. Kriha is admitted to this Court's general and trial bar and is in good standing.

The appearance of Darcy L. Kriha is being filed concurrently with this Notice.

TOWNSHIP HIGH SCHOOL DISTRICT 214

s/ Brian D. McCarthy
    One of Its Attorneys

Brian D. McCarthy
Puja Singh
FRANCZEK SULLIVAN P.C.
300 Wacker Drive, Suite 3400
Chicago, Illinois 60606
(312) 986-0300

380639.1

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby states that he caused a copy of the foregoing **DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN SAME FIRM** has been filed with the Clerk of the Court using the CM/ECF system, and therefore automatically served on all counsel who have appeared herein, this 3rd day of July, 2008.

/s/ Brian D. McCarthy
Brian D. McCarthy
bdm@franczek.com
FRANCZEK SULLIVAN P.C.
300 South Wacker Drive, Suite 3400
Chicago, Illinois 60606-6783
(312) 986-0300

380639.1