UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

David Sima

                                Plaintiff,

v.                                              Case No.: 1:08–cv–00317
                                                           Honorable William T. Hart

Board of Education of Township High School
District 214

                                Defendant.

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Jeffrey Cole for the purpose of holding proceedings related to: settlement conference.(clw, )Mailed notice.

Dated: July 9, 2008

                                                                   /s/ William T. Hart

                                                              United States District Judge