## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case No.:      08 C 317

DAVID SIMA                                     Honorable Judge William T. Hart

        Plaintiff,

   v.

BOARD OF EDUCATION OF
TOWNSHIP HIGH SCHOOL DISTRICT 214
        Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

### BOARD OF EDUCATION OF TOWNSHIP HIGH SCHOOL DISTRICT 214

| |
|---|
| NAME(Type or Print)<br>Amy Moor Gaylord |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Amy Moor Gaylord |
| FIRM<br>Franczek Sullivan P.C. |
| STREET ADDRESS<br>300 South Wacker Drive, Suite 3400 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (See Item 3 in Instructions)<br>06243522 | TELEPHONE NUMBER<br>Phone:  (312) 786-6172  Fax:  (312) 986-9192 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE      YES  ☐              NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES  ☐          NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>YES ☐          NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS:<br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on July 17, 2008, she caused the foregoing

**Appearance** on behalf of Defendant Board of Education of Township High School District 214

to be filed with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to the following counsel of record.

Jerome F. Marconi, Esq.
555 West Jackson Blvd., Suite 700
Chicago, IL  60661

s/Amy Moor Gaylord **-** 06243522
Amy Moor Gaylord

381533.1