# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 C 317 | **DATE** | 7/17/2008 |
| **CASE TITLE** | Sima vs. Board of Education of Township High School District 214 | | |

**DOCKET ENTRY TEXT**

Status hearing held. Settlement conference is set for 8/5/08 at 4:30 p.m.

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | CDH |
|---|---|---|