# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 317 | **DATE** | 9/9/2008 |
| **CASE TITLE** | David Sima v. Board of Education of Township High School District 214 | | |

**DOCKET ENTRY TEXT**

Status hearing stricken. This case is dismissed with prejudice, each side to bear its own costs.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|